**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jaime L. Miller f/k/a Jaime L. Shepler      CHAPTER 7
<u>Debtor(s)</u>

BKY. NO. 21-22256 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D and index same on the master mailing list.

Respectfully submitted,

/s/ *Maria D. Miksich*
Maria Miksich
20 Oct 2021, 12:12:07, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com