| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jaime L Miller** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx−xx−5355** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **21−22256−GLT** | | |

# Order of Discharge                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Jaime L Miller
   fka Jaime L Shepler

<u>1/12/22</u>                                                **By the court:**   <u>Gregory L. Taddonio</u>
                                                                                 United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 21-22256-GLT |
|---|---|
| Jaime L Miller | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: 318 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaime L Miller, 12740 Lincoln Way, North Huntingdon, PA 15642-2236 |
| tr | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15423686 | + | Bank of New York Mellon, 1661 Worthington Road #100, West Palm Beach, FL 33409-6493 |
| 15423691 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, 106 N. McKean St., Butler, PA 16001 |
| 15423688 | | Children's Express Care, 11279 Perry Hwy, Suite 450, Wexford, PA 15090-9303 |
| 15423690 | | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 15423692 | + | Firestorm Disaster Services, LLC, PO Box 163, Arona, PA 15617-0163 |
| 15423693 | | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 15423695 | + | Jeffrey Shepler, 914 Meadow Ave., Charleroi, PA 15022-1820 |
| 15423696 | + | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15423697 | + | KML Law Group, P.C., Suite 5000, BNY Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15423699 | | Medexpress Billing, PO Box 14000, Belfast, ME 04915-4033 |
| 15423698 | | Medexpress Billing, PO Box 636536, Cincinnati, OH 45263-6536 |
| 15423700 | | Monongahela Medical Supply Company, PO Box 71248, Charlotte, NC 28272-1248 |
| 15423701 | | Monongahela Valley Hospital, PO Box 715064, Cincinnati, OH 45271-5064 |
| 15423703 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15423702 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 15423705 | | Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 15423704 | + | Mr. Cooper, PO Box 619097, Dallas, TX 75261-9097 |
| 15423707 | + | Nationstar Mortgage, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15423706 | | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 15423708 | | Nationstar Mortgage, PO Box 199111, Dallas, TX 75219-9111 |
| 15423709 | + | Pathology Associates Corporation, 155 Wilson Ave, Washington, PA 15301-3336 |
| 15423710 | + | Pathology Associates Of Washington Pa, 155 Wilson Ave., Washington, PA 15301-3336 |
| 15423712 | | Quest Diagnostics, PO Box 71313, Philadelphia, PA 19176-1313 |
| 15423713 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15423711 | | Quest Diagnostics, PO Box 64378, Baltimore, MD 21264-4378 |
| 15423714 | | Transworld System Inc., PO Box 13574, Philadelphia, PA 19101 |
| 15423715 | + | Transworld Systems Inc., 5 Penn Center West, Suite 100, Pittsburgh, PA 15276-0126 |
| 15423717 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15423718 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15423719 | + | Welcome Home Finance LP, 1341 Old Freedom Rd Suite 202, Cranberry Twp, PA 16066-5010 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jan 13 2022 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | | |

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: 318 | Total Noticed: 38 |

|  |  |  |  |
|---|---|---|---|
|  |  | Jan 13 2022 04:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 00:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15423694 | EDI: HNDA.COM | Jan 13 2022 04:53:00 | Honda Financial Services, PO Box 166469, Irving, TX 75016-6469 |
| 15423687 | EDI: CAPITALONE.COM | Jan 13 2022 04:53:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15423689 | + Email/Text: bankruptcy@firstenergycorp.com | Jan 13 2022 00:01:00 | Collection Service Center, 839 Fifth Ave, New Kensington, PA 15068-6303 |
| 15423716 | + Email/Text: bankruptcydepartment@tsico.com | Jan 13 2022 00:01:00 | Transworld Systems Inc., PO Box 15273, Wilmington, DE 19850-5273 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | The Bank of New York Mellon f/k/a The Bank of New |
| aty | *+ | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D bnicholas@kmllawgroup.com |
| David J. Romito | on behalf of Debtor Jaime L Miller romitoesq@verizon.net romitoesq@comcast.net |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |

Maria Miksich
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan Trust 2004-D mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6